UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――――― X
HALPERT ENTERPRISES, On Behalf of Itself and All Others Similarly Situated, :
:
:
        Plaintiff, :
:
   vs. :   Civil Action No. 07 CV 5454
:
:
ABN AMRO HOLDING N.V., RIJKMAN GROENINK, :   RULE 7.1 STATEMENT
WILCO JISKOOT, JOOST KUIPER, HUGH SCOTT- :
BARRETT, HUIBERT BOUMEESTER, PIERO :
OVERMARS, RON TEERLINK, ARTHUR MARTINEZ, :
ANDRE OLIJSLAGER, LOUISE GROENMAN, DAVID :
BARON DE ROTHSCHILD, TRUDE MAAS-DE :
BROUWER, MARCUS PRATINI DE MORAES, PAOLO :
SCARONI, LORD SHARMAN OF REDLYNCH, ROB VAN :
DEN BERGH, ANTHONY RUYS, GERT-JAN KRAMER, :
GERHARD RANDA and BANK OF AMERICA CORP., :
:
        Defendants. :
――――――――――――――――――――――――― X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Bank of America Corporation certifies that Bank of America Corporation is a publicly traded company that has no corporate parents, and that no publicly held corporation owns 10% or more of the stock of Bank of America Corporation.

Dated: June 8, 2007
New York, New York

Respectfully submitted,

*[signature]*

Of Counsel:

Eric M. Roth (ER-6632)

Rachelle Silverberg (RS-8285)
Stephen R. DiPrima (SD-7312)

WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
(212) 403-1000

*Attorneys for Bank of America Corporation*