SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Halpert Enterprises                        Plaintiff,

7    cv  5454      (PKC)

- against -

ABN Amro Holdings N.V., et al.             Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Harry Wise          attorney for  Halpert Enterprises

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Mark A. Golovach |
| Firm Name: | Robbins Umeda & Fink, LLP |
| Address: | 610 West Ash Street, Suite 1800 |
| City/State/Zip: | San Diego, CA 92101 |
| Telephone/Fax: | (619) 525-3990 |
| Email Address: | (619) 525-3991 |

is admitted to practice pro hac vice as counsel for   Halpert Enterprises          in the above
captioned case in the United States District Court for the Southern District of New York. All attorneys
appearing before this Court are subject to the Local Rules of this Court, including the Rules governing
discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall
immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice
fee to the Clerk of Court.

Dated:        10-16-07
City, State:   N Y  N Y

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#

SDNY Form Web 10/2006