(CASTEL/J)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HALPERT ENTERPRISES, On Behalf of Itself and All Others Similarly Situated,

                Plaintiff,

v.

ABN AMRO HOLDING N.V., RIJKMAN GROENINK, WILCO JISKOOT, JOOST KUIPER, HUGH SCOTT-BARRETT, HUIBERT BOUMEESTER, PIERO OVERMARS, RON TEERLINK, ARTHUR MARTINEZ, ANDRÉ OLIJSLAGER, LOUISE GROENMAN, DAVID BARON DE ROTHSCHILD, TRUDE MAAS-DE BROUWER, MARCUS PRATINI DE MORAES, PAOLO SCARONI, LORD SHARMAN OF REDLYNCH, ROB VAN DEN BERGH, ANTHONY RUYS, GERT-JAN KRAMER, GERHARD RANDA AND BANK OF AMERICA CORP.,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-07

07 Civ. 5454 (PKC)

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that this action is dismissed by plaintiff Halpert Enterprises against defendant Bank of America Corporation pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with prejudice and without costs to either plaintiff or Bank of America Corporation.

Dated: November 15, 2007
      New York, New York

LAW OFFICES OF THOMAS G. AMON      WACHTELL, LIPTON, ROSEN & KATZ

By: _____      By: _____
    Harry H. Wise, III (HW6841)                 Eric M. Roth (ER-6632)
    500 Fifth Avenue, Suite 1650              51 West 52nd Street
    New York, NY 10110                      New York, New York 10019
    (212) 810-2430                              (212) 403-1000

                                                    *Attorneys for Defendant Bank of*
                                                    *America Corporation*

ROBBINS UMEDA & FINK, LLP
    Marc M. Umeda
    Mark A. Golovach
    George C. Aguilar
    610 West Ash Street, Suite 1800
    San Diego, CA 92101
    (619) 525-3990

*Attorneys for Plaintiff Halpert Enterprises*

                                                    SO ORDERED.

Dated: November ___, 2007                 _____
                                                                     U. S. D. J.

Dated:  November 15, 2007
        New York, New York


LAW OFFICES OF THOMAS G. AMON                    WACHTELL, LIPTON, ROSEN & KATZ


By: /s/ Harry H. Wise, III                       By: _____
    Harry H. Wise, III (HW6841)                      Eric M. Roth (ER-6632)
    500 Fifth Avenue, Suite 1650                     51 West 52nd Street
    New York, NY 10110                               New York, New York 10019
    (212) 810-2430                                   (212) 403-1000

                                                 *Attorneys for Defendant Bank of
                                                 America Corporation*

ROBBINS UMEDA & FINK, LLP
    Marc M. Umeda
    Mark A. Golovach
    George C. Aguilar
    610 West Ash Street, Suite 1800
    San Diego, CA  92101
    (619) 525-3990

*Attorneys for Plaintiff Halpert Enterprises*

                                                 SO ORDERED.

                                                 /s/ _____
Dated: November 16, 2007                                              U. S. D. J.

-2-