UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
HALPERT ENTERPRISES, On Behalf of          :
Itself and All Others Similarly Situated,  :
                                           :
            Plaintiff,                     :
                                           :
      - against -                          :   07 Civ. 5454 (PKC)
                                           :
ABN AMRO HOLDING N.V., et al.,             :
                                           :
            Defendants.                    :
                                           :
---------------------------------- x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-20-07
```

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that this action is dismissed by plaintiff Halpert Enterprises against all remaining defendants (ABN AMRO Holding N.V., Rijkman Groenink, Wilco Jiskoot, Joost Kuiper, Hugh Scott-Barrett, Huibert Boumeester, Piero Overmars, Ron Teerlink, Artur Martinez, Andre Olijslager, Louise Groenman, David Baron de Rothschild, Trude Maas-de Brouwer, Marcus Pratini de Moraes, Paolo Scaroni, Lord Sharman of Redlynch, Rob Van den Bergh, Anthony Ruys, Gert-Jan Kramer, and Gerhard Randa) pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with prejudice and without costs to either plaintiff or the defendants.

Dated: December 19, 2007
New York, New York

LAW OFFICES OF THOMAS G. AMON

By: _____
Harry H. Wise, III (HW6841)
500 Fifth Avenue, Suite 1650
New York, New York 10110
(212) 810-2430

DAVIS POLK & WARDWELL

By: _____
Lawrence Portnoy (LP2538)
450 Lexington Ave.
New York, New York 10017
(212) 450-4000

*Attorneys for Defendants ABN AMRO Holding N.V. and the Individual Defendants*

ROBBINS UMEDA & FINK, LLP
Marc M. Umeda
Mark A. Golovach
George C. Aguilar
610 West Ash Street, Suite 1800
San Diego, California 92101
(619) 525-3990

*Attorneys for Plaintiff Halpert Enterprises*

Dated: December ___, 2007

SO ORDERED: _____
P. Kevin Castel, U.S.D.J.

12-20-07

2